Richard A. Schuster (Admitted Pro Hac Vice)   JS-6
**MATTHIESEN, WICKERT & LEHRER, S.C.**
1111 E. Sumner Street
Hartford, WI 53027
Telephone: (262) 673-7850
Fax: (262) 673-3766
Email: rschuster@mwl-law.com

Scott H. Heitmann, SBN 162447
**MATTHIESEN, WICKERT & LEHRER, S.C.**
1851 East First Street, Suite 1150
Santa Ana, CA 92705
Telephone: (800) 637-9176
Fax: (262) 673-3766
Email: sheitmann@mwl-law.com

*Attorneys for Plaintiff*
Traveler Commercial Insurance Company
a/s/o Mark and Debra Green

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY a/s/o Mark and Debra Green<br><br>    Plaintiff,<br><br>    v.<br><br>MIELE, INC., et al.,<br><br>    Defendants. | Case No. 2:24-cv-01751-PD<br><br>**ORDER FOR DISMISSAL** |

1  **IT IS ORDERED** that this matter is dismissed with prejudice, and without
2  costs to any party.
3
4  DATED: December 20, 2024        BY THE COURT:
5
6  *Patricia Donahue*
   _____
7  Patricia Donahue
   U.S. Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28